980

No. 76–430. ESTATE OF KLEIN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. ▮

No. 76–472. COON ET UX. *v.* CHARLES W. BLIVEN & CO., INC., ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 76–473. REYHER *v.* CHILDREN'S TELEVISION WORKSHOP ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 76–477. MCNAMARA ET AL. *v.* TCS–1 ET AL. Sup. Ct. Pa. Certiorari denied.

No. 76–479. ZACHRY *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. ▮

No. 76–485. FORD *v.* HARRIS COUNTY MEDICAL SOCIETY ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 76–505. LORA ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 76–508. KAYSER-ROTH CORP. *v.* TIGHTS, INC. C. A. 4th Cir. Certiorari denied. ▮

No. 76–521. SMITH *v.* GRIMM ET UX. C. A. 9th Cir. Certiorari denied. ▮

No. 76–527. LOWE *v.* CITY OF JACKSON. Sup. Ct. Miss. Certiorari denied. ▮

No. 76–582. CARTER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 76–591. BORRAYO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮